# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-279 (2) (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION** |
| JOSE NUNEZ, | |
| Defendant. | |

Tracy Perzel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jose Nunez, #13498-041, NEOCC D1-109U, 2240 Hubbard Road, Youngstown, OH 44505, pro se defendant.

This matter is before the Court on defendant's motion to obtain copies of plea colloquy and sentencing transcripts without prepayment. The Court denies the motion because the defendant has not provided the Court with any information from which the Court could certify that "the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f).

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the motion to obtain copies of plea colloquy and sentencing transcripts without prepayment of fees or costs [Docket No. 103] is **DENIED**.

DATED: April 20, 2010
at Minneapolis, Minnesota.

                                                                  s/ John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                           United States District Judge